IT IS SO ORDERED.

DATED: July 18, 2024

**STEPHEN V. WILSON**
**UNITED STATES DISTRICT JUDGE**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STEVEN HALL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> PERFORMANCE CONTRACTING, INC. a Kanas Corporation; and DOES 1 through 30, inclusive, <br><br> Defendants. | Case No. 2:24-cv-03674-SVW-BFM <br><br> **ORDER ON JOINT STIPULATION TO REMAND TO STATE COURT** |

Plaintiff STEVEN HALL ("Plaintiff") and Defendant, PERFORMANCE CONTRACTING INC. (collectively, the "Parties), by and through their respective attorneys of records, hereby stipulate as follows:

WHEREAS, Plaintiff filed the instant action against PERFORMANCE CONTRACTING INC in the Los Angeles County Superior Court, Torrance Courthouse, Case No. 24TRCV00237 on January 24, 2024.

WHEREAS, PERFORMANCE CONTRACTING INC was served with Plaintiff's complaint on April 1, 2024 and filed a Notice of Removal on May 2, 2024 based on diversity jurisdiction. The action was assigned to the Honorable Charles F. Rick in the Federal District Court for the Central District of California. On May 21, 2024, the case was transferred to the Honorable Stephen V. Wilson, United States District Judge in the above-referenced court.

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

WHEREAS, the Parties appeared before the Honorable Stephen V. Wilson on July 1, 2024, for a Status Conference. The court ordered the Defendant to file a Motion to Dismiss by July 11, 2024.

WHEREAS, PERFORMANCE CONTRACTING INC. filed a Joint Stipulation to Dismiss Without Prejudice on July 11, 2024, which is still pending.

WHEREAS, Defendant has agreed to not raise the defense of the statute of limitations for a period of six months. This waiver will expire on January 12, 2025.

WHEREAS, the Parties seek to remand this case for all further proceedings to allow the Plaintiff to add any unknown parties that may destroy federal jurisdiction.

WHEREAS, the Plaintiff agrees that the Defendant will retain the right to remove this case back to federal court should diversity jurisdiction remain.

IT IS FURTHER STIPULATED that the Parties will bear their own costs and attorneys' fees associated with the remand.

IT IS THEREFORE respectfully requested of the Court that it remand this action.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

142727486.1

2

JOINT STIPULATION TO REMAND TO STATE COURT

DATED: July 15, 2024                    BD&J, P.C.

By: _____
    Mark J. Bloom, Esq.
    Matthew Russell, Esq.
    Attorneys for Plaintiff, STEVEN HALL

DATED: July 15. 2024                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
    Joseph A. Malek
    Attorney for Defendant,
    PERFORMANCE CONTRACTING INC.

142727486.1                                    3
JOINT STIPULATION TO REMAND TO STATE COURT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW